OPINION OF THE COURT
Memorandum.
The order of the Appellate Division should be reversed, without costs, and the case remitted to Supreme Court with directions to dismiss the complaint on the ground that the issues presented are moot.
The resolution of the County Legislature of Monroe County which enacted the 10-day furlough program was explicitly restricted to the year 1976. In consequence of the institution of the present litigation, there has been no implementation of that furlough program, and the authority of the enabling resolution has now been exhausted.
We are not unmindful of the contentions of the litigants that the legal issues tendered may be said to be of significant public importance; this is another instance of the difficulties confronted by municipalities, their employees and the public in a level or declining economy when the framework of applicable statutes and regulations was predicated on an implicit assumption of an expanding economy. It is because of the importance of the issues and the legal and practical difficulties which ineluctably would attend their resolution that in a sense of responsible judicial restraint we decline the invitation of the parties to address and determine the issues presented in this proceeding.